```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:
                                                DATE FILED: 1/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
SAMUEL JEFFREY,

                Plaintiff,

      -against-                               19-CV-2658 (VEC)

                                                               ORDER

CITY OF NEW YORK, JANE DOE and JOHN
DOE,

               Defendants.
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on September 23, 2019, the Court adopted the parties' proposed briefing schedule, directing: (i) defendant to file its Motion to Dismiss by October 21, 2019; (ii) plaintiff to file his Opposition by November 20, 2019; and (iii) defendant to file a Reply, if any, by December 4, 2019 (Dkt. 15);

        WHEREAS on October 21, 2019, Defendant moved to dismiss Plaintiff's Complaint (Dkt. 16);

        WHEREAS Plaintiff has not filed an Opposition;

        IT IS HEREBY ORDERED:

1. Plaintiff is directed to respond to Defendant's motion to dismiss by **January 10, 2020**. If Plaintiff fails to file an opposition, the Court will treat the motion to dismiss as unopposed;

2. If Plaintiff files an opposition by January 10, 2020, Defendant must file a Reply by **January 17, 2020**.

**SO ORDERED.**

*[signature: Valerie Caproni]*

**Date: January 2, 2020**                                           **VALERIE CAPRONI**
        **New York, New York**                                **United States District Judge**