**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2020

----------------------------------------------------------X

SAMUEL JEFFREY,

                Plaintiff,

-against-

19 **CIVIL** 2658 (VEC)

**JUDGMENT**

CITY OF NEW YORK, JANE DOE and JOHN
DOE,

                Defendants.

----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 13, 2020, Defendants' motion to dismiss is GRANTED.

By failing to address any of Defendants' arguments in support of their motion to dismiss, Plaintiff

has abandoned his claims; the Complaint is dismissed with prejudice; accordingly, the case is

closed.

**Dated:** New York, New York
       January 13, 2020


                            **RUBY J. KRAJICK**

                              **Clerk of Court**

          **BY:**

                            *Xmargo*

                            **Deputy Clerk**